# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon,GBN#Chosen one

611 Pennsylvania Ave, SE #310

Washington D.C. 20003

926 La Canada Verdugo Road, Altadena CA 91001

Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner In Pro se

Case: 1:26–cv–00675
Assigned To : Unassigned
Assign. Date : 2/22/2026
Description: Pro Se Gen. Civ. (F–DECK)

## UNITED STATES DISTRICT COURT

## CIVIL AND CRIMINAL DIVISIONS

## IN DA DISTRICT OF COLUMBIA

**ADRIAN DAMICO MOON,**

Petitioner,

vs.

**HAMILTON P. FOX ,**

Respondent,

**" JUDGMENT IS COMING "**

**# $7,000,000,000.00**

) Case No. _____

) Lead Identical Pending Related Case:

) U.S.A./ SATAN et.al. vs MOON, 2023 CCC 0025,
) Superior Court , D.C., BA332095 ; BA362256,
) BC340942 , 20STCP04250,Superior Court, L.A.

) **PETITION FOR ANTI-STALKING**
) **TEMPORARY RESTRAINING**
) **(T.R.O.)  AGAINST UNDERLING OF**
) **SATAN'S GOVERNMENT**
) **HAMILTON P. FOX  PURSUANT TO**
) **FEDERAL RULE CIVIL PROCEDURE**
) **65 (b) (1-4) ET. SEQ. ; M. G. L. c. 265-**
) **43A;  California Code Civil Procedure**
) **527..6; 527.8 ; D.C. CODE SECTIONS**
) **22-3131 THROUGH 22-3135 ; 18 U.S.C.**
) **2261(A);241;242;1201(a);1113 ET. SEQ.**

) **COVID-19: HOST, HOAX, OR HOLY SPIRIT**
)
)
)

**RECEIVED**

FEB 22 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

_____
**PETITION**
_____

PETITION FOR TEMPRARY RESTRAINING (T.R.O.) ANTI-STALKING ORDER AGAINST HAMILTON P. FOX
PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 ; D.C. CODE SECTIONS 22-3131-3135 ; 18 U..S.C. 2261
(A);241;242;1201(A); 1113 ET. SEQ.  - 1

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer') Petitioner, Attorney In Pro Se, Israelite, Chosen one , begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah... paragon, with integrity, and veracity proclaim and decree as follows,

## PREFACE

" Parable- Hue-mans are ALL different shades of Hue from da pailest of da pail to da darkest of Brown , there is no should Hueman as a White, nor Black Hueman. da Hueman race is da only race in da Universe as there has been no living life form found on any other planet in da Universe , da only racist in da Universe is Satan, Lucifer da fallen Loser ! As You have to hate ALL hueman beings to be a Racist, Given da facts that Huemans are da only Race in da Universe and Satan is da only Racist in da Universe then Who In-Hell stole da ( e) out of da word Hu (e) man ? "

## RESPONDENT REBECCA 'becky' NEAL :

1. Since February 14, 2023 , Respondent Rebecca 'becky' Neal and Hamilton P. Fox and da whole office of disciplinary Counsel have criminal conspired with co-defendants to kill, Steal and Destroy 'daredeemer' from standing as a child of God.

2. On or about October 10, 2025, Respondent Rebecca 'becky' Neal , with evil , vicious , heinous , Hamas Domestic Terrorism criminal conspired with Tanya Sue Tanya specifically and Satan et. al. generally to not allow 'daredeemer' to be amended in case no. 1:25-cv-13165-IT as da sole and only Plaintiff.   Defendant Talwani, stating, " YOU HAVE TO FILE YOUR OWN CASE" which cause 'daredeemer' to fear for his safety and duress and actual cost and damages of $7,000,000,000.00.

3. On February 2, 2026 , Respondent Neal with evil, vicious , heinous , Hamas Domestic Terrorism criminally conspired then issued an order deeming 'daredeemer' a vexatious litigant without cause to chill 'daredeemer' from exercising his protected rights in litigating his case a da sole and proper plaintiff. Respondent Talwani has engaged in an attempt of Murder , theft , and mayhem against 'daredeemer' causing 'daredeemer' to fear for his safety and could not sleep for weeks.

4. On February 10, 2026, Respondent Neal received 'daredeemer's Motion to

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah... Correct da Case Caption… and has again failed to adjudicate over (7) Motions received and not filed causing 'daredeemer' to fear for his life and safety.

5. On February 10, 2026, Respondent Mob Boss Mary Ann Murphy directed her underlings David Ormon Carter, Tanya Sue Chutkan, Jill Christie Boddie, Indira Talwani, Anna Elizabeth Blackburne -rigsby  to not allow 'daredeemer' to Vacate, Set-Aside, and Strike da Pre-filing order of September 20, 2022, see, read , understand, and consider case entitled L.A. ALLIANCE HUE-MAN RIGHTS et. al. vs. City and County of Los Angeles et. al. case no 2:20-cv-02291-DOC, docket # 1152 through 1169 et. seq. and Petition For Anti-Stalking Temporary Restraining Order ( t.r.o. ) against David Ormon Carter, Anna Elizabeth Blackburne-rigsby , Jill Christie Boddie, Tanya Sue Chutkan, Indira Talwani, as Motions A, B, C, D, incorporated by this reference.   Which caused 'daredeemer' to fear for his life , remain homeless, suffer emotional stress of losing property in Altadena and Palisades, California  actual cost and damages of $7,000,000,000.00.

6. On April 5, 2005, in case Moon vs. Cade et. al BC340945, Superior Court, Los Angeles, Defendant Mary Ann Murphy, after being served with a timely and proper C.C.P. 170.6 from both da Plaintiff and Defendant sides in da case failed to recuse herself. Respondent Murphy, Warren Cade, and Jill Christie Boddie were engaged in a triangle Homosexual illegal relationship, Then Respondent Murphy in retaliation filed a pre-filing order against 'daredeemer' to protect her lovers Cade and Boddie which stands to date !

7. Since March 31, 2023 to present Respondent Jill Christie Boddie, a.k.a. 'Killer' , with evil, vicious, heinous , Hamas Domestic Terrorism criminally conspired with co-defendants Mob Boss Anna Elizabeth Blackburne-rigsby, Elizabeth Carroll Wingo, Jason Lavey, Julio Castillo, Sherman Williams, Roquisha Wilson-Jefferson, Corrine Ann Beckwith, Court of Appeal, D.C., Tanya Sue Chut Ann Murphy, Patricia Donahue, Sarah Steilberger, Tulikka Cee, Kimberly Sheree Knowles, John J. Sample , Thomas Healy, Dante Owens, specifically, and Satan, ROES / DOES 1-350 inclusively , generally traveled to kill, steal, and destroy 'daredeemer'.

8. On March 31, 2023, Mob Boss Anna Blackburne-rigsby and her underlings

---

PETITION FOR TEMPRARY RESTRAINING (T.R.O.) ANTI-STALKING ORDER AGAINST REBECCA 'becky' NEAL PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 ; D.C. CODE SECTIONS 22-3131-3135 ; 18 U..S.C. 2261 (A);241;242;1201(A); 1113 ET. SEQ.  - 3

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah... directed da Metropolitan D.C. Police Department falsely arrest 'daredeemer' for da charges of Kidnaping, Assault , Grand Theft, Vandalism , Attempted Murder which 'daredeemer' feared for his safety , felt seriously alarmed and disturbed , and suffer emotional distress. See, read, understand, and consider attached Motion A ( ) Arrest Document  incorporated by this reference.

9. On December 15, 2023, Defendant Corrine Ann Beckwith ( acting Chief Judge )

(202) 879-2728 recused Anna Elizabeth Blackburne-rigsby from cases 2023 CCC 0025 and all cases on Appeal ( 23-FM-0830 ; 23-CO-0863 ; 23-C0-0955; 24-C0-0495; 23-CO-0632, but filed to Vacate , Set-Aside and Strike all Defendant  Mob Boss Anna Elizabeth Blackburne-rigsby orders.  Which caused 'daredeemer' fear for his safety , seriously alarmed , disturbed and frightened and suffer emotional stress and actual damages of $7,000,000,000.00. See, read, understand, and consider attached Motion B ( ) order dated December 15, 2023) incorporated by this reference.

5.  On December 19, 2023, Respondent Murphy, Boddie , Blackburne-rigsby, Patricia Donahue , Steilberger with vicious, evil , heinous, Hamas Domestic Terrorism criminal conspired to abduct 'daredeemer' , kidnapped for Ransom to Satan's stronghold D.O.C. D.C. Jail until December 29, 2025.

6.  On April 10, 2023, Defendant Mob Boss Anna Elizabeth Blackburne-rigsby directed her underlings to destroy 'daredeemer's RESPONSE to Defendant Thomas Healy's Motion to Withdraw as Appointed Counsel then Dismissed case no .24-CM-0495 see attached Motion C (   ) pages incorporated by this reference.

5.  On September 10, 2025, Recused Defendant Mob Boss Anna Elizabeth Blackburne-rigsby issued another illegal order. Terrorist threatening that 'daredeemer' shall be arrested if he was to enter into Court of Appeal, D.C. to file documents . 'daredeemer' has filed over Twenty (20) pleading through da email: emergencyfilings@dcappeal.gov and Recused Defendant Mob Boss Anna Elizabeth has not filed and docketed these pleading in contempt of his own illegal voidable order of September 10, 2025  see attached Motion B (  ) pages incorporated by this reference.

**Orders To Be Issued:**

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

6. 'daredeemer' request that da court issue a Temporary Anti-Stalking Restraining order against Respondent Indira Talwani and set a hearing for a permanent Anti-Stalking Restraining .

7. Order that Respondent Mary Ann Murphy, Vacate. Set-Aside , and Strike retroactively da pre-filing order dated April 1, 2028 in case Moon vs. Cade et. al. case no. BC340942. And not make any contact with Petitioner except by way of a retained Lawyer.

8. Issue stay away orders of Respondent Mary Ann Murphy to stay away for Petitioner 's person at least 500 yards ; Home; Vehicle ; legal case especially cases whereby Adrian Damico Moon was, is , and to be a party to da action.

9. Order that Respondent Mary Ann Murphy can voluntarily resign as Judicial officer in any Court of da United States of America in lieu of a scheduling of an Congressional Hearing with da United States Congress for investigation , indictment, impeachment and prosecution.

10. 'daredeemer' reserves da right to add evidence , and witnesses at da hearing for da Temporary Anti-Stalking Restraining Order Hearing .

12. On February 10, 2026, Respondent Murphy and Defendant David Ormon Carter with vicious, evil , heinous , Hamas Domestic Terrorism criminally conspired then denied to hear 'daredeemer' s Ex parte Application to Vacate , Set-aside , and strike Defendant Carter's pre-filing order of September 20, 2022.

13. Respondent Indira Talwani to undergo a full battery of Mental , Medical , Physical Health evaluations and Drug Use Testing before da hearing on da permanent Anti-Stalking Restraining Order, forthwith.

'daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and correct so help ME God..

DATED : February 14, 2026        by: _____

KING Adrian 'daredeemer' Moon, Petitioner

Adrian Damico Moon,GBN#Chosen one
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153 admoon172@gmail.com

Attorney For Appellant In Pro se

## COURT OF APPEAL DISTRICT OF COLUMBIA

In:  ADRIAN DAMICO MOON,

        Appellant,

    " JUDGMENT IS COMING "

    # $7,000,000,000.00

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. __25-CO-0632__

Lead Identical Pending Related Case:

Moon vs. Satan et.al case no. 1:25-CV-03988-TSC
                26-5601, U.S. C.O.A.

( Proposed ) ORDER THEREON

" HEARING FOR ORAL ARGUMENT IS
REQUESTED, REQUIRED AND
DEMANDED"

COVID-19: HOST, HOAX, OR HOLY SPIRIT

As these matters came by regularly to da Court of Appeal, D.C. before All da Judicial Officers and having considered All Consolidated cases and case files of All pending Identical Related Pending and Closed cases to da satisfaction that these matters ought to be Granted !

**FOR GOOD CAUSE SHOWING, AND AGREED UPON BY APPELLANT AND APPELEES AND THEIR ATTORNEY OF RECORD AND ON THIS COURT'S OWN MOTION, IT IS SO ORDERED.**

**THAT:**

**1.** Mob Boss Anna Elizabeth-rigsby, Elizabeth Carroll Wingo, Juliet Joann Mckenna, and Joesph Michael Francis Ryan III, specifically and Satan, Roes/Does 1-350 inclusively generally , with vicious, evil , heinous , Hamas Domestic Violence criminally conspired then committed crimes against Appellant Moon to include but not limited to : Attempted Murder, Kidnapping For Ransom, Extortion, Profit Racketeering, Stalking.

. ( Proposed ) ORDER THEREON   - 1

*Motion A (2) pages*

2. All and Any Orders and Rulings made by Appellees Anna Elizabeth Blackburne-rigsby and Any other Judicial Officer of da Court of Appeal, D.C. in any case whereby Adrian Damico Moon, was , is, and to be a party to that action ( 23-FM-0830; 23-CO-0863 ; 23-CO-0955 ; 24-CM-0495; 25-CO-0632 ) is hereby Vacated, Set-Aside, and Stricken from All and Any Court Records.

3. da Court of Appeals, D.C. da Most Qualified Person(s) shall contact da United States  Congress and calendar a Congressional Oversight  Hearing for investigation , indictment, impeachment and prosecution against All Judicial officers named in Motion to Recused all Judicial Officers pursuant to 28 U.S.C. 144 (a ) ; 18 U.S.C. 2381;241; 242;1201(a) ; 1113 et. Seq. filed in case no. 25-CO-0632 on December 1, 2025, Forthwith…

4. Issuance of Anti-Stalking (t.r.o.) against Mob Boss Anna Elizabeth Blackburne-rigsby and her underlings Elizabeth Carroll Wingo, Juliet Joann Mckenna, Joseph Michael Francis Ryan III, Tanya Sue Chutkan, Rebecca Neal, Hamilon P. Fox, Mary Ann Murphy, David Ormon Carter, Inira Talwani, Jill Christie Boddie.

Any And All other relief this court deems proper, just , and Equitable. Amen and Amen..

DATED: FEBRUARY/ MARCH        , 2026

_____   _____   _____

_____

EN BANC

. ( Proposed ) ORDER THEREON   - 2